**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

GLENN HORTON,

        Plaintiff,

vs.

AT&T SERVICES, INC.

        Defendant.

CASE NO.:
   3:18-cv-03504-CMC-SVH

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1446(a) and (b), Defendant AT&T SERVICES, INC. ("Defendant"), files its Notice of Removal of this civil action from the Court of Common Pleas for the Fifth Judicial Circuit, Richland County, State of South Carolina, in which it is now pending, to the United States District Court for the District of South Carolina, Columbia Division. The removal of this action is based upon the following:

1.      The above-named Defendant AT&T Services, Inc. is the only Defendant named in this action, numbered on the docket of the state court as Case No. 2018-CP-40-06044 and filed in the Court of Common Pleas for the Fifth Judicial Circuit, Richland County, State of South Carolina, and which is now pending therein.

2.      The Complaint was served on Defendant on November 19, 2018. This Notice of Removal is being filed within thirty (30) days of receipt by Defendant AT&T Services, Inc. of a copy of the Complaint and is timely filed under 28 U.S.C. § 1446(b).

3.      In his Complaint, Plaintiff, a Manager – OSP Planning & Engineering Design for BellSouth Telecommunications, LLC, alleges causes of action for violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, ("Title VII") and the Age Discrimination in

Employment Act of 1967, as amended, 29 U.S.C. §§ 621-634, *et seq.* ("ADEA"). *See* Complaint at First Cause of Action and Second Cause of Action. This action is within the original, federal question jurisdiction of the United States District Court because Plaintiff has asserted claims under Title VII and the ADEA. *See* 28 U.S.C. §§ 1331 and 1441(b).

4.      Plaintiff's Third Cause of Action alleged in the Complaint falls under the Court's supplemental jurisdiction pursuant to 28 U.S.C. §§ 1367 because it stems from the same set of facts as do Plaintiff's Title VII and ADEA claims and, thus, forms part of the same case or controversy as Plaintiff's Title VII and ADEA claims.

5.      Attached hereto as **Exhibit A** is a copy of the Summons and Complaint which constitute all pleadings, processes, and orders received by Defendant in this action.

6.      Written notice of the filing of this Notice of Removal will be provided to Plaintiff as provided by 28 U.S.C. §1446(d).  A copy of the Notice of Filing Notice of Removal is attached as **Exhibit B**.

7.      A duplicate copy of this Notice of Removal will be filed with the Clerk of Court of Common Pleas for the Fifth Judicial Circuit in the County of Richland, State of South Carolina pursuant to 28 U.S.C. §1446(d).

WHEREFORE, Defendant prays that this action be removed to and proceed hereafter in this Court, and that no further proceedings be held in the Court of Common Pleas for the Fifth Judicial Circuit, County of Richland, State of South Carolina.

This the 19th day of December, 2018.

s/ Jennifer Stone Ashburn
Jennifer Stone Ashburn
Ashburn Law Firm, LLC
Federal ID No. 9702
jennifer@ashburnfirm.com
P.O. Box 808
Columbia, SC 29202
(803) 816-0321
S. C. Bar No. 74153

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2018, I electronically filed the foregoing Defendant's Notice of Removal with the Clerk of Court using CM/ECF.  I also certify that the foregoing document was served this day upon counsel for Plaintiff by depositing same in the United States Mail, with adequate postage thereon to ensure delivery via first-class mail, addressed as follows:

> J. Clay Hopkins
> William E. Hopkins, Jr.
> Hopkins Law Firm, LLC
> 12019 Ocean Highway
> Pawleys Island, SC 29585
> clay@hopkinsfirm.com
> bill@hopkinsfirm.com

*s/  Jennifer Stone Ashburn*
Jennifer Stone Ashburn

ATTORNEY FOR DEFENDANT